# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT _Knoxville_

FILED

NOV 02 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

_Michael Louis Ramsey Jr._ )
_____ )
_____ )
Name of plaintiff (s)   )
                        )
v.                      )        Case No. _____
                        )        (to be assigned by Clerk)
_Knox County Sheriff's Office_ )
                        )
_Jails and Facilities,_ )
                        )
_Tennessee Dept. of Corrections_ )
Name of defendant (s)   )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_I am a T.D.O.C. inmate being housed at KnoxCo. detention facilities and am being charged excessive Medical, indigent, Phone, Commissary, and Mental Health and Dental fees. I also am not able to good time Credits 16 days a month_

2. Plaintiff, _Michael Louis Ramsey Jr._ resides at
_R.D.W.D.F. 5001 Maloneyville Rd._, _Knoxville_
street address                          city

_Knox_, _TN_, _37918_, _N/A_.
county    state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
_N/A_
_____

1

3. Defendant, Knox Co. Sheriff's Office Detention ~~facility~~ facilities lives at, or its business is located at

Roger D. Wilson Detention Facility 5001 Maloneyville Rd. , Knoxville ,
street address                                                                              city

Knox , TN , 37918 .
county                                          state                     zip code

(if more than one defendant, provide the same information for each defendant below)

Tennessee Department of Corrections , Rachel Jackson Bldg. 4th Fl,
320 6th Ave. North, Nashville, Davidson, TN 37243

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Medical does not provide me with glasses as does TDOC.
Dental I had to get a tooth pulled when it could have been
saved and I can't get a partial. Commissary is a high markup
and has taxes on it where as in T.DOC. the markup is minimum
plus no taxes, I also can have a job in T.D.O.C. to help pay my
restitution, and take programs and Scheds for trades in TDOC.
Where as I am being deprived of these afore mentioned Programs.
By being a TDOC inmate I fill that the Rehabilitation Act has
been Violated by my not having adequate access to it. Also I
am being deprived to earn money to buy Hygene and Save for my
release, and being able to get a birth Certificate, social Security Card,

Continue on pg. 4

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Law Suit for $5,000,000 (5 million dollars) and $100,000 Suit against Officer J. Hall for Sexual Misconduct

b. Either Knox Co. Sheriff Department Detention Facilities give 16 good day a month plus Programs or Send within 2 weeks to TDOC After Sentenced to TDOC.

c. Lower Cost of Phone calls and commissary and Medical fees to TDOC's Cost for TDOC inmates, free indigent packages and have TDOC's resources and programs.

d. For Medical, Dental and Mental Health to be able to provide better health care and provide glasses or Send TDOC inmates to TDOC.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___27th___ day of ___October___, 20 20.

_____M. Re_____

_____

_____

_____

Signature of plaintiff (s)

3

Continued from pg. 2

State Identification ect... I don't have access to a Councelor
Case Mng. Or Unit Mng. to help me get a home plan ect...
For Excessive Fees See: 41 N, Dec. 2018 pg. 34
Also Knox Co. Sheriff's Office's Detention Facilities do
not provide treatment for Hepititas C Virus (HCV) as
TDOC does in which I have Hepititas C (HCV) an could
get the treatment of Harvoni See: Buffkin V. Hooks, U.S.DC.
(M.D. NC) Case No. 1:18-cv-00502-WO-JLW (2019)
U.S. Dist. Lexis 45790 Also a violation of (DAA's) Direct-
Acting Antiviral Drugs Act and (DPS) Dept. of public Safety Act.
And Sexual Harassment / Misconduct: Today at the K.DW.DF.
in Bldg. 1 Pod D Officer J. Hall was making a round at around and/or
about 1:40 pm. I asked Officer Hall what time it was as
he was walking and he stopped at my cell door (213).
He said "Ramsey why are you asking the time all of the
time?" I said because I just want to know the time. He
Stated just look at your watch and I said come on Hall
you know we don't have watches in here. He said "I thought you
Keesterd (meaning putting into my anus) yours in here."
I said aint that Sexual Harassment or Misconduct, he said
"I don't know, is it?" I said I take it as that, and he said
"File a Prea." I asked if his body Camera was on and
he stated it never is. So I went through the proper proceedures
and Had Officer S. Moore On 2nd Shift head cound to turn his
body Cam on and stated the Offense Then filed a PREA Complaint.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

Help me file a Law suit for $5,000,000 (5 Million Dollars)
Have TDOC credit 16 days good days a Month for TDOC inmates
housed at KCSO Detention facilities, And Medical, Dental
and Mental Health provide equal quality and meds to TDOC
inmates as TDOC. And charge same Commissary prices, Medical fees and
Phone prices with no taxes. And ($100,000) one hundred thousand doller Law suit
against Officer J. Hall for Sexual Misconduct.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of
my (our) information, knowledge and belief.

Signed this _____27th_____ day of ___October___, 20_20_.


_____M. Ra_____
Signature of plaintiff(s)

5

Michael Ramsey #166705
R.M.S.I. 5001 Maloneyville Rd.
Knoxville, TN. 37918



FOREVER / USA

INSPECTED

RECEIVED

NOV 0 2 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Eastern District of Tennessee
    Office of Clerk
United States District Court
800 Market St. Suite 130

Knoxville, TN. 37902

Sender is an inmate of
Correctional Facility

37902-230330